AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

Eastern DISTRICT OF Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
SEP 11 2019
SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES OF AMERICA

V.

VICTOR DANIEL CETINA-CHI

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 2:19-CR-0073-JTR-2

The Defendant was found not guilty of Ct. 1 of the Information Superseding Indictment. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

John T. Rodgers — Magistrate Judge
Name of Judge — Title of Judge

9/11/2019
Date